DANIEL G. BOGDEN
United States Attorney
District of Nevada

RIMANTAS A. RUKSTELE
Assistant United States Attorney
Nevada Bar Number 2088
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702)388-6237
Facsimile: (702)388-6787
Email: *Ray.Rukstele@usdoj.gov*

LUC-ANDRE ODABASHIAN, Esquire
Office of General Counsel

Attorneys for the United States.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REGATTA BAY LIMITED, | CASE NO. 2:07-cv-01619-PMP-PAL |
| Plaintiff, | |
| v. | **FEDERAL DEFENDANT'S MOTION TO WITHDRAW MOTION FOR PROTECTIVE ORDER** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

COMES NOW the United States of America, the Federal Defendant herein, by and through Daniel G. Bogden, United States Attorney, and Rimantas A. Rukstele, Assistant United States Attorney for the District of Nevada, and submits as follows:

The parties having resolved their discovery dispute and the Plaintiff having filed a "Notice of Vacating Video Deposition" (Doc # 62), the Federal Defendant moves to withdraw its

. . .

. . .

1  "Motion for Protective Order" (Doc # 60) previously filed and requests the hearing on its Motion
2  set for July 27, 2010 at 11:15 a.m. be vacated.
3       DATED: this 26th day of July, 2010.

                                    Respectfully submitted,

                                    DANIEL G. BOGDEN
                                    United States Attorney

                                     /s/Ray Rukstele
                                    RIMANTAS A. RUKSTELE
                                    Assistant United States Attorney

                                    IT IS SO ORDERED:

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

                                    DATE: July 26, 2010

**PROOF OF SERVICE**

I, Rimantas A. Rukstele, certify that the following individuals were served the **FEDERAL DEFENDANT'S MOTION TO WITHDRAW MOTION FOR PROTECTIVE ORDER** on this date by the below identified method of service:

**Electronic Case Filing**

John Peter Lee & Paul C. Ray
John Peter Lee, Ltd.
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
702-382-4044 FAX 702-383-9950
info@johnpeterlee.com

DATED: this 26th day of July, 2010

 /s/ *Ray Rukstele*
RIMANTAS A. RUKSTELE
Assistant United States Attorney

3