1

2

3

4                              UNITED STATES DISTRICT COURT

5                                   DISTRICT OF NEVADA

6                                           * * *
                                              )
7    REGATTA BAY LIMITED,                      )
                                              )
8                     Plaintiff,               )
                                              )
9    v.                                        )        2:07-CV-01619-PMP-PAL
                                              )
10   UNITED STATES OF AMERICA,                 )        O R D E R
                                              )
11                    Defendant.               )
                                              )

12   _____

13          The Court having read and considered Plaintiff's  fully briefed Motion to Alter or

14   Amend Pursuant to Fed. R. Civ. P. 59(e) (Doc. #102), and good cause appearing,

15          **IT IS ORDERED that** Plaintiff's  fully briefed Motion to Alter or Amend

16   Pursuant to Fed. R. Civ. P. 59(e) is **DENIED**.

17    DATED:   April 12, 2011.

18                                              _____

19                                              PHILIP M. PRO
                                                United States District Judge
20

21

22

23

24

25

26